NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANTWON OLLINS, DOC #D06555,                )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D17-3347
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____ )

Opinion filed February 16, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Antwon Ollins, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, KHOUZAM, and BADALAMENTI, JJ., Concur.